UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| Jory A. Jovaag, | ) ) | |
| Plaintiff, | ) ) | Case No. CV 12-03316 RMW |
| V. | ) ) ) | ORDER RE APPLICATION |
| Donald R. Ott et al., | ) | TO PROCEED |
| Defendants, | ) ) | IN FORMA PAUPERIS |
| _____ | ) | |

     ( X )   IT IS ORDERED that the application to proceed in forma pauperis is retroactively GRANTED.  The Clerk shall waive plaintiff's filing fee.  The Notice of Payment Due issued on August 27, 2012, is vacated.

Dated:   _____9/6/12_____

*Ronald M. Whyte*
Ronald M. Whyte
UNITED STATES DISTRICT JUDGE